UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY COOKE,<br><br>          Plaintiff,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>          Defendant. | Civil No. 06cv616-BEN (NLS)<br><br>**ORDER GRANTING SECOND JOINT MOTION TO AMEND SCHEDULING ORDER;**<br><br>[Doc. No. 13]<br><br>**SECOND AMENDED SCHEDULING ORDER** |

     Before the Court is a Second Joint Motion to Amend Scheduling Order Regulating Discovery and Other Pre-Trial Proceedings [Doc. No. 13], filed by the parties in the above-captioned matter on February 21, 2007. The parties request that the Court extend for a second time the deadlines by which experts and rebuttal experts shall be designated so that three remaining depositions can be taken before these deadlines expire. (*Joint Motion* ¶¶ 4-5.) The Court finds good cause to extend these two pre-trial deadlines, however, the parties are cautioned that absent extraordinary circumstances, this shall be the final extension of these particular deadlines. Accordingly, the Court **GRANTS** the joint motion and **IT IS HEREBY ORDERED THAT**:

     1.     The parties shall designate their respective experts in writing by ***March 23, 2007***. The parties must identify <u>any</u> person who may be used at trial to present evidence pursuant to Rules 702, 703 or 705 of the Fed. R. Evid. This requirement is <u>not</u> limited to retained experts.

     2.     The date for exchange of rebuttal experts shall be on or before ***April 13, 2007***.

1  The written designations shall include the name, address and telephone number of the expert and a
2  reasonable summary of the testimony the expert is expected to provide. The list shall also include the
3  normal rates the expert charges for deposition and trial testimony.
4      3.    All other terms and conditions of the Court's prior Scheduling Orders shall remain in full
5  force and effect.
6  **IT IS SO ORDERED.**
7  DATED: February 23, 2007

*[signature]*

Hon. Nita L. Stormes
U.S. Magistrate Judge