UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY COOKE,<br><br>               Plaintiff,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>               Defendant. | Civil No. 06cv616-BEN (NLS)<br><br>**ORDER GRANTING JOINT MOTION RE: RELEASE OF PLAINTIFF'S PATHOLOGY SLIDES**<br><br>[Doc. No. 15] |

On February 26, 2007, the parties in the above-captioned medical malpractice action filed a Joint Motion Regarding the Release of Plaintiff's Pathology Slides [Doc. No. 15]. The parties request that the Court order Scripps Memorial Hospital La Jolla ("Scripps") to release original slides containing pathologic specimens obtained from Plaintiff subsequent to back surgery in January 2003, and to produce two "recut" unstained slides as well. (*Joint Motion* ¶¶ 2-5.) The parties assert that Defendant needs this evidence in order to prepare its defense. (*Id.* ¶ 4.) Accordingly, good cause appearing,

**IT IS HEREBY ORDERED THAT**:

1. Scripps shall produce Plaintiff's original pathology slides from Plaintiff's January 2003 surgery to the undersigned Assistant U.S. Attorney within five days of entry of this Order;

2. Scripps shall produce two recut unstained slides from each pathology block resulting from Plaintiff's January, 2003 surgery, to the undersigned Assistant U.S. Attorney within five days of entry of this Order;

/ / /

3. The Assistant U.S. Attorney assigned to this case shall maintain custody and control of the materials in Numbers 1 and 2 *supra*, which Scripps produces throughout the course of discovery and trial;

4. Defendant may only send the materials which Scripps produces to Defendant's consultants and experts designated by Defendant to offer testimony at trial;

5. Defendant shall, upon reasonable notice by Plaintiff, send the original slides as well as one recut slide from each block, to Plaintiff's counsel, who:

   a. May only send the slides to Plaintiff's consultants and experts designated to offer testimony at trial;

   b. Shall return the original slides to the undersigned Assistant U.S. Attorney within 30 days of receiving them.

6. At the conclusion of this case, the original and recut slides shall be returned by the Assistant U.S. Attorney to Scripps.

**IT IS SO ORDERED.**

DATED: February 27, 2007

_____
Hon. Nita L. Stormes
U.S. Magistrate Judge